# United States Court of Appeals for the Federal Circuit

---

July 3, 2025

**ERRATA**

---

Appeal No. 2023-1573

**IN RE: PT MEDISAFE TECHNOLOGIES,**
*Appellant*

---

Decided: April 29, 2025
Precedential Opinion

---

Please make the following changes:

In the last line on page 2, strike "or supplemental".

On page 7, lines 7-22, replace:

> Then the Board, in reviewing an examining attorney's refusal to register a mark, considers the full record and reaches its own conclusion as to whether the examiner made out a prima facie case and, if so, whether the applicant rebutted it, which may be accomplished by proving the mark had acquired distinctiveness. *See In re Steelbuilding.com*, 415 F.3d 1293, 1299 (Fed. Cir. 2005); *see also In re Oetiker*, 977 F.2d 1443, 1445 (Fed. Cir. 1992) ("In reviewing the examiner's decision on appeal, the Board [of Patent Appeals and Interferences] must necessarily weigh all of the evidence and argument."). We review for substantial evidence the

2

> Board's findings as to the prima facie case and whether it was rebutted by the applicant. *See In re Hotels.com, L.P.*, 573 F.3d 1300, 1301-02 (Fed. Cir. 2009); *see also In re Pacer Tech.*, 338 F.3d at 1352.

With the following:

> Then the Board, in reviewing an examining attorney's refusal to register a mark, considers the full record. *In re Oetiker*, 977 F.2d 1443, 1445 (Fed. Cir. 1992) ("In reviewing the examiner's decision on appeal, the Board [of Patent Appeals and Interferences] must necessarily weigh all of the evidence and argument."). We review for substantial evidence the Board's findings as to genericness. *See In re Hotels.com, L.P.*, 573 F.3d 1300, 1301-02 (Fed. Cir. 2009).